IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 17-cv-00285-WJM-NYW | Date: March 17, 2017 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM C-204* |

| *Parties* | *Attorney(s)* |
|---|---|
| KAREN NAKAYAMA, ROBERT BRIDGES, **Plaintiffs,** v. JENNIFER L. SANDERS, CODY K. SANDERS, **Defendants.** | *Michael A. Goldman* <br><br><br><br> *Clifton J. Latiolais, Jr.* |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 11:03 a.m.

Appearance of counsel. Ms. Karen Nakayama and Mr. Robert Bridges appear with Mr. Goldman in Durango by video conference. Ms. Colleen Lisowski appears with Mr. Latiolais on behalf of Defendants.

Discussion held regarding Unopposed Motion for Leave to File Brief of Amicus Curiae Southern Ute Indian Tribe [28] filed March 16, 2017.

**ORDERED: The Unopposed Motion for Leave to File Brief of Amicus Curiae Southern Ute Indian Tribe [28] is GRANTED. The Clerk of the Court is DIRECTED to DOCKET [28-1] as Brief of Amicus Curiae Southern Ute Indian Tribe.**

Mr. Sam W. Maynes and Ms. Julianne Begay appear amicus curiae on behalf of the Southern Ute Indian Tribe in Durango by video conference.

Defendants' argument regarding Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) [20], filed March 6, 2017.

Plaintiffs begin argument on the motion, but the court cannot hear the audio on the video conference. The court takes a brief recess to resolve technical issues.

Court in Recess:  11:20 a.m.

Court in Session: 11:30 a.m.

All Parties in Durango now appear by telephone.

Plaintiffs and the Southern Ute Indian Tribe present their argument regarding Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) [20].

**ORDERED: Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) [20] is argued, submitted, and TAKEN UNDER ADVISEMENT. The court will issue a recommendation as soon as practicable.**

Court in Recess:  11:59 a.m.           Hearing concluded.           Total time in Court: 00:49

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.