**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-0285-WJM-NYW

KAREN NAKAYAMA, and
ROBERT BRIDGES,

    Plaintiffs,

v.

JENNIFER L. SANDERS, and
CODY K. SANDERS,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case and the order Adopting March 21, 2017 Recommendation of the Magistrate Judge and Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on June 7, 2017, it is

ORDERED that the Defendants' Motion to Dismiss (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Count One is DISMISSED WITH PREJUDICE and the remaining counts in Plaintiffs' complaint are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this action is terminated, and the parties shall bear their own attorney's fees and costs.

Dated at Denver, Colorado, this 7th day of June, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk